IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:25CR166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHINEDU OPUTE, | ) | MOTION TO REVIEW MAGISTRATE'S |
| | ) | RELEASE ORDER AND MOTION TO |
| Defendant. | ) | HOLD ORDER OF RELEASE IN |
| | ) | ABEYANCE |

The United States of America, by and through counsel, Carol M. Skutnik, Acting United States Attorney, and Megan R. Miller, Assistant United States Attorney, appeals the order of Magistrate Judge Justin S. Anand of the Northern District of Georgia releasing Defendant Chinedu Opute on conditions, pursuant to Title 18, United States Code, Section 3145. The United States intends to file a memorandum in support by close of business today. Magistrate Judge Anand has indicated that he intends to release Defendant the morning of May 2, 2025, if this Court has not granted a stay. Thus, the United States respectfully moves this Court for an order holding Magistrate Judge Anand's order in abeyance pending this Court's decision on the United States's motion.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: /s/ Megan R. Miller
Megan R. Miller (OH: 0085522)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3855/(216) 522-2403 (facsimile)
Megan.R.Miller@usdoj.gov